UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDROS MARITIME COMPANY LIMITED,<br><br>Petitioner,<br><br>-against-<br><br>INTERNATIONAL OIL OVERSEAS, INC., a/k/a IOOI, a/k/a INTERNATIONAL OIL OVERSEAS INCORPORATION, MARINA WORLD SHIPPING CORP., GRESHAM WORLD SHIPPING CORP., TARAZONA SHIPPING CO., S.A., QUOIN ISLAND MARINE WL, BAKRI TRADING COMPANY INC., SCHIFF HOLDING CO. S.A., and TRANS MEDITERRANEAN SHIPPING INC.,<br><br>Respondents. | **ECF CASE**<br><br>11 Civ. 1657 (WHP)<br><br>**DEFAULT JUDGMENT**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/12/11 |

This action having been commenced on March 10, 2011, by the filing of a Verified Petition to Recognize, Confirm, and Enforce Foreign Arbitral Award ("Petition") by petitioner Andros Maritime Company Limited ("Andros"); and copies of the Petition and the Summons having been served on respondent International Oil Overseas, Inc. ("IOOI") on March 11, 2011, pursuant to Rule 4 of the Federal Rules of Civil Procedure (Docket no. 6); and copies of the Amended Verified Petition to Recognize, Confirm, and Enforce Foreign Arbitral Award, dated May 17, 2011 ("Amended Petition"), and the Summons having been served on respondents Marina World Shipping Corp. ("Marina"), Gresham World Shipping Corp. ("Gresham"), Bakri Trading Company Inc. ("Bakri"), Tarazona Shipping Co., S.A. ("Tarazona"), and Schiff Holding Co. S.A. ("Schiff") on May 30, 2011, pursuant to Rule 4 of the Federal Rules of Civil Procedure (Docket nos. 12-15, 17); and copies of the Amended Petition and the Summons having been served by the Clerk of the Court on May 28, 2011, on respondent IOOI (Docket no. 27, ¶ 17);

and copies of the Amended Petition and the Summons having been served on respondent Quoin Island Marine WL ("Quoin") on May 31, 2011, pursuant to Rule 4 of the Federal Rules of Civil Procedure (Docket no. 16); and copies of the Amended Petition and the Summons having been served on respondent Trans Mediterranean Shipping Inc. ("Trans') on July 20, 2011, pursuant to Rule 4 of the Federal Rules of Civil Procedure (Docket no. 27, Ex. C); and respondents having failed to appear, answer, plead, or otherwise respond in the action; and

The Clerk of this Court having issued a Certificate of Default against respondents IOOI, Marina, Grehsam, Tarazona, Quoin, Bakri, and Schiff on July 26, 2011, and against respondent Trans on August 16, 2011; and

Petitioner Andros having moved for a default judgment and a copy of the papers in support of the motion having been served upon respondents IOOI, Marina, Grehsam, Tarazona, Trans, Bakri, and Schiff on August 10, 2011, and good and sufficient efforts having been made to serve respondent Quoin with copies of the papers in support of the motion, and respondents having not answered the motion, and the time for opposing the motion having expired; and

The conditions for a default judgment against respondents having been established by petitioner and finding good and sufficient cause for entering a default judgment against respondents;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that a default judgment be entered jointly and severally against respondents IOOI, Marina, Grehsam, Tarazona, Quoin, Bakri, Schiff, and Trans and in favor of petitioner Andros in respect of its Amended Petition, recognizing, confirming, and enforcing the December 22, 2009, Arbitral Award issued in favor of Andros, and directing respondents to pay $135,862.30 to Andros in full satisfaction of the Award, including interest and costs as of August 5, 2011, and also directing respondents to pay

- 3 -

$38,548.46 to Andros in attorneys' fees and costs incurred in enforcing the Award and pursuing the judgment.



The Clerk is hereby directed to enter the Default Judgment on the Court's docket in this action.

Dated: September 12, 2011
New York, New York

                                                 William H. Pauley III
                                                 United States District Judge